

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

M. Trevor Lyons
Direct Dial: (973) 757-1014
mlyons@walsh.law

December 4, 2023

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **Re:** *Reich v. Fairleigh Dickinson University, et al.*
            **Civil Action No. 2:17-cv-7608 (JMV/JSA)**

Dear Judge Allen:

      This firm represents Defendant Fairleigh Dickinson University ("FDU") in connection with the above-referenced matter.

      We respectfully write to the Court to follow up on the discussion during the recent settlement conference regarding the proceedings going forward. Specifically, because of the inability of the parties to reach an amicable resolution during the conference, notwithstanding a tremendous effort by Your Honor, the parties were advised that due to the age of the instant case, the Court would decide the parties' pending Motions to Compel Discovery on the papers and issue a written opinion in short order. The Court also indicated that it set a scheduling order for the case to proceed on an accelerated basis toward trial, with a very limited discovery timeline and potentially without the opportunity for the parties to submit dispositive motions.

      We are mindful of the Court's admonition that given the age of this matter the remainder of the case must move quickly and appreciate the Court's focus and efforts on bringing the case to a rapid conclusion. We respectfully request, however, that the deadline for discovery be sufficient to allow the parties to conduct depositions; we believe that allowing the parties to conduct depositions would elicit key testimony that would effectively address many of the disputes between the parties. We also respectfully submit that allowing the parties to submit summary judgment papers would allow the case to be disposed of in an efficient manner and preserve the Court's already limited resources. Accordingly, we respectfully request that the schedule entered by the Court allow for same.

Honorable Jessica S. Allen, U.S.M.J.
December 4, 2023
Page 2

  As always, we thank the Court for its consideration of our request and are available should Your Honor or Your Honor's staff require anything further.

              Respectfully submitted,

              **WALSH PIZZI O'REILLY FALANGA LLP**

              *s/ M. Trevor Lyons*
              M. Trevor Lyons

cc:  Jonathan Reich (via ECF and e-mail)